MATTHEW D. UMHOFER (Bar No. 206607)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel.: (213) 687-5000 / Fax: (213) 687-5600:
(mumhofer@skadden.com)
Attorneys for Robert Kasirer and Health Care Holdings, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>V.<br>ROBERT A. KASIRER, ET AL. and HEALTH CARE HOLDINGS, LLC<br><br>DEFENDANT(S). | CASE NUMBER:<br>CR 07-268-GHK<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
1) Stipulation to Continue Sentencing; 2) [Proposed] Order; 3) Ex Parte Application for Under Seal Filing; 4) [Proposed] Order.

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5 .4(h)
- ☒ Other

**Reason:**
- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required *(reason):*

December 8, 2009
Date

Matthew D. Umhofer
Attorney Name

ROBERT KASIRER
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/07)    NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkflow.com