Jack P. Dicanio (State Bar No. 138782)
Matthew Donald Umhofer (State Bar No. 206607)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Unite States of America<br><br>PLAINTIFF(S)<br>v.<br>Robert A. Kasirer and Health Care Holdings, LLC<br><br>DEFENDANT(S). | CASE NUMBER:<br>CR 07-268-GHK<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

EX PARTE APPLICATION FOR UNDER SEAL FILING; [PROPOSED] ORDER; STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER ; EX PARTE APPLICATION FOR UNDER SEAL FILING; [PROPOSED] ORDER; STIPULATION RE: INTERNATIONAL TRAVEL; [PROPOSED] ORDER

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
- ☑ Other   EX PARTE APP. FOR UNDER SEAL FILING; [PRO.] ORDER; STIP. TO CONT. SENTENCING; [PROPOSED] ORDER ; EX PARTE APP. FOR UNDER SEAL FILING; [PRO.] ORDER; STIPULATION RE: INTERNATIONAL TRAVEL; [PRO] ORDER

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required ( *reason* ):

| | |
|---|---|
| August 30, 2012 | /s/ Matt Donald Umhofer |
| Date | Attorney Name |
| | Defendant Robert KasierHealth Care Holdings |
| | Party Represented |

*Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (6/12)          **NOTICE OF MANUAL FILING**